IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

STEVEN W. SHORT,

    *Plaintiff*,

v.                                          Case No.: 3:24cv508-MW/ZCB

BRIAN E. FREEMAN,

    *Defendants*.

_____/

**ORDER ACCEPTING AND ADOPTING**
**REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 18. The Magistrate Judge recommends dismissal for failure to comply with Court Orders. This Court has independently verified that neither of the Magistrate Judge's prior orders have been returned as undeliverable.

After the Report and Recommendation was docketed, this Court received a "notice," ECF No. 19, from Plaintiff that is similar to several that he has already filed, and which accuses Defendant of committing a crime. However, Plaintiff's "notice" does not address the issues identified in the Report and Recommendation. Likewise, Plaintiff has not identified any reason why dismissal is not appropriate nor otherwise filed objections to the Report and Recommendation. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 18, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's claims are **DISMISSED without prejudice** for failure to comply with Court Orders." The Clerk shall close the file.

**SO ORDERED on January 30, 2025.**

s/Mark E. Walker<br>
**Chief United States District Judge**